UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>ANNE NOTO CORPORATION,<br><br>        Defendant. | Case No. 21-cv-07348-SVK<br><br>**ORDER SETTING DEADLINE FOR MOTION FOR DEFAULT JUDGMENT** |

Scott Johnson ("Plaintiff") filed his Complaint on September 22, 2021 and moved for entry of default on December 16, 2021. Dkt. Nos. 1, 10. The Clerk of Court entered default as to Defendant Anne Noto Corporation on December 23, 2021. Dkt. 11. There has been no activity since default was entered. Accordingly, Plaintiff has until April 25, 2022, to file a motion for default judgment. **FAILURE TO FILE BY THIS DATE WILL RESULT IN THE CASE BEING DISMISSED FOR FAILURE TO PROSECUTE**. There will be no further notification regarding dismissal, and this deadline will not be extended.

**SO ORDERED.**

Dated: April 4, 2022

SUSAN VAN KEULEN
United States Magistrate Judge